FILED'09 SEP 24 11:56 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY L. BURK, SR.,

   Petitioner,

  Civ. No. 08-1359-CL

v.

MARK NOOTH,

  ORDER

   Respondent.

**PANNER, District Judge**:

  Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

  I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#19) is adopted. The petition is dismissed as untimely filed.

IT IS SO ORDERED.

DATED this 24 day of September, 2009.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER